# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:24-cv-784 |
| | § | |
| MAYUEN K. AJAK; YIER B. DENG; | § | |
| BOL C. GUOT; GABRIEL M. KUOT; | § | |
| and GOLDEN D4 HEART TAX | § | |
| SERVICES, LLC d/b/a GOLDEN | § | |
| HEART TAX SERVICES, LLC | § | |
| | § | |
| Defendants. | | |

## **DEFENDANT YIER B. DENG ORIGINAL ANSWER**

Defendant Yier B. Deng ("Deng" or "Defendant") hereby answers Plaintiff's, the United States of America, Complaint (the "Complaint") as follows:

1. Defendant admits that the United States brings this action under 26 U.S.C. §§ 7402, 7407, and 7408 seeking the relief set out in this paragraph. Defendant denies any and all other allegations contained in this paragraph.

## **AUTHORIZATION**

2. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegation that this action has been requested and authorized by Chief Counsel of the Internal Revenue Service ("I.R.S."), a delegate of the Secretary of the Treasury, and commenced at the direction of a delegate of the Attorney General of the United States, pursuant to 26 U.S.C. §§ 7402, 7407, and 7408.

## JURISDICTION AND VENUE

3. Admitted.

4. Defendant admits that most Defendants reside in this judicial district. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegation that a substantial part of the activities giving rise to this suit occurred in this judicial district.

## DEFENDANTS

5. Defendant denies the stated residence. Defendant admits to the rest of the allegations contained in this paragraph.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

## DEFENDANTS' ACTIVITIES

10. Denied.

11. Defendant admits that many of Defendants' customers earn low to moderate incomes. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegation that many of these customers lack knowledge of tax law and tax return preparation. Defendant denies any and all other allegations contained in this paragraph.

12. Defendant admits that many of Defendants' customers are immigrants to the United States. Defendant admits that the individual Defendants are originally from Sudan and that they do have fellow Sudanese immigrants as customers. Defendant denies the allegation that Defendants took advantage of their customers' illiteracy in English and lack of knowledge or sophistication regarding federal income taxes and tax returns in preparing returns with falsehoods.

13. Denied.

14. Denied.

15. Denied.

16. Defendant admits that in 2020, 2021 2022, and 2023 Golden Heart prepared and filed tax returns identifying itself as the paid preparation firm. Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegation that "Golden Heart prepared an extremely high percentage of tax returns requesting a refund." Defendant lacks knowledge or information sufficient to form a belief as to the accuracy of the figures contained in the table in this paragraph.

17. Defendant denies the I.R.S.'s estimate of the harm to the United States alleged in this paragraph and the implication that any such harm resulted from underreported and unpaid taxes from Defendants' tax return preparation for 2021, 2022, and 2023 (for tax years 2020, 2021, and 2022). Defendants lacks knowledge or information sufficient to form a belief regarding the truth of the allegations regarding the basis of this estimate.

18. Denied.

### PHONY CLAIMS FOR THE EARNED INCOME TAX CREDIT (EITC) AND FAILURE TO COMPLY WITH DUE DILIGENCE REQUIREMENTS

19. Denied.

20. This paragraph provides a statement of law regarding the Earned Income Tax Credit ("EITC") and does not require a response.

21. This paragraph provides a statement of law regarding the EITC and does not require a response. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegation that "[s]ome tax preparers who manipulate reported income to maximize the EITC refer to this range of earned income corresponding to maximum EITC as the 'sweet spot' or 'golden range.'"

22. This paragraph provides a statement of law regarding the EITC and does not require a response.

23. Denied.

24. This paragraph is a statement of law regarding due diligence requirements and does not require a response.

25. Denied.

26. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

27. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

### FABRICATED SCHEDULE C BUSINESS INCOME AND EXPENSES

28. Denied.

29. Denied.

30. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph.

### CUSTOMER 1

31. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

32. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

33. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

34. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

**CUSTOMER 2**

35. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

36. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

37. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

38. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

39. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

40. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

**CUSTOMER 3**

41. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

42. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

43. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

44. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

45. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

### CUSTOMER 4

46. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

47. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

48. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

49. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

50. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

### CUSTOMER 5

51. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

52. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

53. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

### CUSTOMER 6

54. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

55. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

56. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

57. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

### FRAUDULENT FUEL TAX CREDITS

58. Denied.

59. This paragraph provides a statement of law and does not require a response.

60. This paragraph provides a statement of law and does not require a response.

61. This paragraph provides a statement of law and does not require a response.

62. Denied.

63. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph.

### CUSTOMER 7

64. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

65. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

66. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

### CUSTOMER 8

67. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

68. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

69. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

70. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

71. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

72. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

73. Denied.

74. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

75. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

76. Defendant admits that he reported gasoline purchased for off-highway business use on his 2019, 2020, and 2021 tax returns. Defendant denies any and all allegations of "falsely" reporting such fuel tax credits.

77. Defendant denies that Defendant claimed "large bogus fuel tax credits" and bogus refunds on his 2019, 2020, and 2021 tax returns. Defendant admits to the amounts in the complaint

insofar as it references the amount prior to filing his amended return which reduced the refund due to a fuel tax credit. Defendant denies that his returns, as amended, reflect those amounts.

78. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

79. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

80. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

81. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

### FALSE COVID-19 CREDITS

82. This paragraph is a statement of law and does not require a response.

83. This paragraph is a statement of law and does not require a response.

84. This paragraph is a statement of law and does not require a response.

85. Denied.

### CUSTOMER 1 (CONTINUED)

86. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

87. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

88. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

89. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

**CUSTOMER 2 (CONTINUED)**

90. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

91. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

92. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

93. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

**CUSTOMER 3 (CONTINUED)**

94. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

95. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

96. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

**CUSTOMER 6 (CONTINUED)**

97. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

98. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

99. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

### CUSTOMER 7 (CONTINUED)

100. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

101. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

102. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

### CUSTOMER 9

103. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

104. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

105. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

### BOGUS EDUCATION CREDITS

106. Denied.

107. This paragraph is a statement of law and does not require a response.

108. Denied.

### CUSTOMER 3 (CONTINUED)

109. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

110. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

**CUSTOMER 10**

111. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

112. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

**CUSTOMER 11**

113. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

114. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

**CUSTOMERS 12 AND 13**

115. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

116. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

117. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

118. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

**UNDISCLOSED FEES**

119. Denied.

120. Denied.

121. Denied.

122. Denied.

123. Denied.

124. Defendant lacks knowledge or information sufficient to form a belief regarding the truth of the allegations contained in this paragraph and denies any and all allegations contained therein.

125. Defendant admits that some customers choose to have the fee subtracted from the refund amount. Defendant denies any and all other allegations contained in this paragraph.

126. Denied.

### FAILURE TO PROVIDE CUSTOMERS WITH COPIES OF THEIR COMPLETED TAX RETURNS IN VIOLATION OF 26 U.S.C. § 6701(A)

127. Denied.

128. This paragraph is a statement of law and requires no response.

129. Denied.

### FAILURE TO IDENTIFY THE ACTUAL PREPARER OF CUSTOMERS' TAX RETURNS IN VIOLATION OF 26 U.S.C. § 6695(B)-(C)

130. Denied.

131. This paragraph is a statement of law and does not require a response.

### HARM CAUSED BY DEFENDANTS

132. Denied.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Denied.

139. Denied.

## Count I
## Injunction under 26 U.S.C. § 7407

140. This paragraph is a statement of law and does not require a response.

141. This paragraph is a statement of law and does not require a response.

142. Denied.

143. Denied.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Denied.

152. Denied.

## COUNT II
## INJUNCTION UNDER 26 U.S.C. § 7408

153. This paragraph is a statement of law and does not require a response.

154. This paragraph is a statement of law and does not require a response.

155. Denied.

156. Denied.

157. Denied.

## COUNT III
### INJUNCTION UNDER 26 U.S.C. § 7402(A)
### NECESSARY TO ENFORCE THE INTERNAL REVENUE LAWS

158. This paragraph is a statement of law and does not require a response.

159. Denied.

160. Denied.

161. Denied.

162. Denied.

163. Denied.

## COUNT IV
### DISGORGEMENT UNDER 26 U.S.C. 7402(A)
### NECESSARY TO ENFORCE THE INTERNAL REVENUE LAWS

164. This paragraph is a statement of law and does not require a response.

165. Denied.

166. Denied.

167. Denied.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED**, Defendant Yier B. Deng respectfully requests that Plaintiff's Complaint be dismissed on the merits, that Plaintiff's requested relief be denied, that Plaintiff take nothing by its lawsuit, that Defendant recover all costs of court expended herein, and for such other and further relief to which the Defendant may be justly entitled.

**DATED:** June 21, 2024.

Respectfully submitted,

**FREEMAN LAW, PLLC**

*/s/ Jason B. Freeman*

                    Jason B. Freeman
                    Texas Bar No. 24069736
                    Thomas L. Fahring
                    Texas Bar No. 24074194

7011 Main Street
Frisco, Texas 75034
Tel: 214-984-3410
Fax: 214-984-3409
Jason@freemanlaw.com
Tfahring@freemanlaw.com

**ATTORNEYS FOR DEFENDANT**
**Yier B. Deng**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on June 21, 2024, a true and correct copy of the foregoing document was served via the Court's ECF system upon the parties receiving electronic notice in this case.

                                                /s/ *Jason B. Freeman*
                                                  Jason B. Freeman